**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1469**

KATHLEEN BLICK; HAROLD BLICK,

Plaintiffs - Appellants,

v.

LONG BEACH MORTGAGE LOAN TRUST 2005-WL3,

Defendant - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Charlottesville. Norman K. Moon, Senior District Judge. (3:13-cv-00002-NKM-BWC)

Submitted: August 29, 2013          Decided: September 3, 2013

Before DUNCAN, AGEE, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kathleen Blick; Harold Blick, Appellants Pro Se. Jason Cameron Hicks, WOMBLE CARLYLE SANDRIDGE & RICE, PLLC, Washington, DC, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kathleen and Harold Blick appeal the district court's order dismissing their complaint against Long Beach Mortgage Loan Trust as barred by the doctrine of res judicata. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Blick v. Long Beach Mortg. Loan Trust 2005-WL3, No. 3:13-cv-00002-NKM-BWC (W.D. Va. Mar. 29, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED